UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSIE FERGUSON SMITH
o/b/o K.A.R.,

        Plaintiff,

                                    Case No. 11-cv-11075

v.

                                    Paul D. Borman
                                    United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,
                                    Laurie J. Michelson
        Defendant.                      United States Magistrate Judge

_____/

**OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Dkt. No. 14), (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 12), (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 13), AND (4) AFFIRMING THE DECISION OF THE COMMISSIONER**

        Before the Court is Magistrate Judge Laurie J. Michelson's Report and Recommendation on Cross-Motions for Summary Judgment. (Dkt. No. 14). The Magistrate Judge has recommended that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the decision of the Commissioner.

        Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and:

        (1) **DENIES** Plaintiff's Motion for Summary Judgment;

        (2) **GRANTS** Defendant's Motion for Summary Judgment; and

(3) **AFFIRMS** the decision of the Commissioner.

This Order closes the case.

**IT IS SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 1-31-12